O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-525 AHM (DTBx) | Date | May 4, 2010 |
|---|---|---|---|
| Title | LIBERTY LAND TRUST #1, by ANDREW LEVY, TRUSTEE v. STEARNS LENDING INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

On March 16, 2010, Plaintiff Liberty Land Trust #1, by Andrew Levy, Trustee filed this action in state court. The Complaint identifies Gerald O. Egbase, Esq. as counsel. On April 9, 2010, Defendants timely removed the action to this Court.

On April 21, 2010, Plaintiff's purported counsel of record, Mr. Gerald O. Egbase, filed a notice of non-association with the Court, stating that he had not authorized any person or entity to file the action. (Dkt. No. 24.)

According to the State Bar of California, an Andrew Levy with State Bar No. 153999 was formerly associated with Mr. Egbase. Mr. Levy has been disciplined twice by the Bar, once on October 13, 2006 and again on February 26, 2010, and is currently not eligible to practice law in this state.

Therefore, the Court ORDERS Andrew Levy, trustee of Plaintiff Liberty Land Trust #1, and his (purported) counsel of record Gerald O. Egbase, Esq., separately, to SHOW CAUSE in writing, by not later than May 12, 2010, their answers to the following questions in a declaration signed under penalty of perjury:

(1) Is the Trustee in the present action the same Andrew Levy who was assigned California State Bar No. 153999?

(2) What is the connection between the Trustee Mr. Levy and Mr. Egbase? This includes *any* connection, not necessarily that of client and attorney.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-525 AHM (DTBx) | Date | May 4, 2010 |
|---|---|---|---|
| Title | LIBERTY LAND TRUST #1, by ANDREW LEVY, TRUSTEE v. STEARNS LENDING INC. | | |

(3) Did Mr. Levy place Mr. Egbase's name on the caption of the Complaint filed in state court in the present action?

(4) If the answer to question (3) is "yes," what legal right (if any) did Mr. Levy have to do that?

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |